Case 2:19-mj-02058   Document 14   Filed on 04/26/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:19-MJ-2058-2 |
| | § | |
| JOSE NICOLAS JIMINEZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The facts of the case indicate the defendant abandoned a vehicle and fled from law enforcement authorities on foot. The defendant has been a fugitive for approximately two years. Additionally, the defendant was released on a state bond for a felony offense at the time of the commission of the instant offense. The most basic condition of any bond is that the person released not commit new law violations. Because the evidence meets the probable cause standard, the defendant has shown he is either unable or unwilling to comply with conditions of release. The findings and conclusions contained in the Pretrial

Services Report are adopted. The defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 26th day of April 2021.

_____
Jason B. Libby
United States Magistrate Judge